UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SANTO CRIVERA, JR.,

                Plaintiff,

      - against -

ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------------X

**JUDGMENT**
16-CV-6095 (RRM)

      A Memorandum and Order having been issue this date granting the Acting Commissioner's Motion for judgment on the pleadings, and denying plaintiff Crivera's cross-motion for the same relief, it is hereby

      ORDERED, ADJUDGED AND DECREED that plaintiff take nothing from defendant, and that this action is dismissed.

Dated: Brooklyn, New York
       September 26, 2018

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
United States District Judge